318

STATE OF NEW JERSEY v. DAVID JOHN VITALE.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH BAKER
AND KEVIN BAKER.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME ROSS.

July 11, 1985.

Petition for certification denied.

CYNTHIA CURETON v. MANUEL C. GUELHO.

July 11, 1985.

Petition for certification denied.